# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY RUSH, aka, LEROY THOMAS, | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | Civil Action No. 09-4385 |
| v. | : | |
| MICHAEL WISEMAN, CRISTI CHARPENTIER, MAUREEN KEARNEY ROWLEY, and THE HONORABLE ANITA B. BRODY, | : | ORDER |
| Defendants. | : | |

This matter having come before the Court on motion of the Honorable Anita B. Brody to dismiss the Complaint for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and Fed.R.Civ. P. 12(b)(6), and the Court having reviewed the written submissions of the parties, and for the reasons expressed in the Opinion issued on even date,

It is on this 27th day of April 2010 hereby

ORDERED that Defendant's motion to dismiss is GRANTED.

Hon. Joseph H. Rodriguez,
United States District Judge